UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA        )
                                )    CASE NO. 1:12-CR-19
V.                              )
                                )    MATTICE / LEE
DONALD ALLEN RAINES             )

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count
Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate
Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on
whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in
custody until sentencing in this matter [Doc. 13]. Neither party filed a timely objection to the report
and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report
and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's
report and recommendation [Doc. 13] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment
        is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the
        Indictment;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;
        and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Monday, September 10, 2012 at 2:00 p.m.** before the

Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

　　　　　_/s/Harry S. Mattice, Jr._　　　　
　　　　　HARRY S. MATTICE, JR.
　　　　　UNITED STATES DISTRICT JUDGE